

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00221-CR

**IN RE** John Bernard **WILLIAMS**, III, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: April 19, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On March 8, 2023, relator filed a petition for writ of mandamus. After considering the

petition and the attached exhibits, this court concludes relator is not entitled to the relief sought.

Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a)

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2019CR6240, styled *The State of Texas v. John Bernard Williams, III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.